101 F.3d 109
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
 Peter PERRO, Plaintiff-Appellant,
v.
The SUFFOLK COUNTY POLICE DEPARTMENT, Donald A. Mullins,
Individually and in his official capacity as Detective (#
793) of the Suffolk County Police Department, Frank Bascile,
Individually and as a Police Officer (# 3353) of the County
of Suffolk and the Office of the Suffolk County Police
Commissioner, Defendants-Appellees,
and
Anthony J. Ferri, individually and in his official capacity
as a former Detective (# 529) of the Suffolk
County Police Department, Defendant.
 
 No. 95-2621.
 United States Court of Appeals, Second Circuit.
 March 26, 1996.
 APPEARING FOR APPELLANT:Peter J. Perro, Collins, New York, pro se. APPEARING FOR APPELLEE:Robert H. Cabble, Assistant Suffolk County Attorney, Hauppauge, New York.
 E.D.N.Y.
 AFFIRMED.
 Before Honorable J. DANIEL MAHONEY, JOSEPH M. McLAUGHLIN, and GUIDO CALABRESI, Circuit Judges.
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Eastern District of New York and was taken on submission.
 
 
 2
 ON CONSIDERATION WHEREOF, IT IS ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.
 
 
 3
 Plaintiff-appellant Peter Perro appeals pro se from an order entered August 3, 1995 that dismissed his claims of malicious prosecution, false arrest, and unreasonable search pursuant to 42 U.S.C. § 1983. See Perro v. Guido, No. CV 92-2657, slip op. (E.D.N.Y. Aug. 2, 1995). We affirm substantially for the reasons stated in the memorandum opinion of the district court. See id. at 3-5.